Commonwealth *v.* Schneier, Appellant.

Argued September 15, 1966. *Daniel W. Shoemaker,* with him *Harry C. Elsesser, Jr.,* for appellant; *James H. Rowland, Jr.,* Assistant Attorney General, with him *Raymond Kleiman,* Deputy Attorney General, and *Edward Friedman,* Attorney General, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., absent.